IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DERRICK M. WILLIAMS**                                                                   **PLAINTIFF**

**VS.**                                                           **CIVIL ACTION NO.: 4:25-cv-89-MPM-JMV**

**OFFICER BRYAN BRACEY; THE CITY OF DREW;
INVESTIGATOR EDWARD DWIGHT LUCAS, IN HIS OFFICIAL
CAPACITY; CHIEF TERRY TYLER, IN HIS
OFFICIAL CAPACITY; SUNFLOWER COUNTY,
MISSISSIPPI; AUTHOR CALDERON,
PUBLIC DEFENDER IN HIS OFFICIAL CAPACITY;
TAKIYAH H. PERKINS, IN THEIR OFFICIAL
CAPACITY; JUDGE RICHARD A. SMITH, IN THE
OFFICIAL CAPACITY; JAMES LITTLETON, IN HIS
OFFICIAL CAPACITY; WASHINGTON
COUNTY JAILERS, IN THEIR OFFICIAL CAPACITY;
WASHINGTON COUNTY REGIONAL FACILITY;
WASHINGTON COUNTY, MISSISSIPPI; THE STATE OF
MISSISSIPPI; THE COUNTY JAIL SUNFLOWER COUNTY;
AND SUNFLOWER COUNTY**                                        **DEFENDANTS**

## ORDER

This matter is before the Court *sua sponte* in order to administratively close the member case, namely, 4:25-cv-170-SA-RP, which was consolidated by virtue of the Order Granting Motion to Consolidate Cases [Doc. 24] entered on December 17, 2025. Therein, the Court found that "civil action number 4:25CV170-SA-RP, entitled Derrick Williams v. The State of Mississippi, et al., is hereby consolidated with civil action number 4:25CV89-MPM-JMV,[1] entitled Derrick M. Williams v. Officer Bryan Bracey, et al., with No. 4:25cv-89-MPM-JMV serving as the lead case and the style to be read as above captioned."

---

[1] 4:25-cv-89 was previously assigned to District Judge Aycock but is assigned to District Judge Mills as of August 1, 2025. *See* [Doc. 16].

1

Accordingly, it is hereby ordered that no further filings will be made in the member case, 4:25-cv-170-SA-RP, and the parties are instructed to only file in the lead case with the updated style of 4:25-cv-89-MPM-JMV, *Derrick Williams vs. Officer Bryan Bracey; The City of Drew; Investigator Edward Dwight Lucas, in his official capacity; Chief Terry Tyler, in his official capacity; Sunflower County, Mississippi; Author Calderon, Public Defender in his official capacity; Takiyah H. Perkins, in their official capacity; Judge Richard A. Smith, in the official capacity; James Littleton, in his official capacity; Washington County Jailers, in their official capacity; Washington County Regional Facility; Washington County, Mississippi*; *The State of Mississippi; The County Jail Sunflower County; and Sunflower County.*

Pursuant to Federal Rule of Civil Procedure 15(a)(1), a party may amend its complaint once as a matter of course within 21 days after service of a responsive pleading. Thus, the Amended Complaint docketed as [Doc. 5] in 4:25-cv-170-SA-RP shall be and is hereby ordered to be the operative complaint in the newly-consolidated matter.

The Clerk of Court is directed to docket the following entries in the lead case (4:25-cv-89-MPM-JMV) from the member case, 4:25-cv-170-SA-RP:

- [Doc. 2] Motion for Leave to Proceed In Forma Pauperis dated June 13, 2025
- [Doc. 3] Order *Restricted* granting Motion for Leave to Proceed in forma pauperis dated July 8, 2025
- [Doc. 5] (Second) Amended Complaint dated August 25, 2025
- [Doc. 7] Order of Transfer dated October 22, 2025
- [Doc. 8] Case transferred in from District of Mississippi Southern dated October 22, 2025
- [Doc. 9] Order Striking Amended Complaint [Doc. 6] and Amended Complaint [Doc. 4] dated October 30, 2025
- [Doc. 10] Order Directing Issuance & Service of Process dated October 30, 2025
- [Doc. 11] Summons Issued as to Sunflower County, The County Jail Sunflower County, The State of Mississippi dated November 4, 2025
- [Doc. 12] Summons returned executed re: The State of Mississippi dated November 13, 2025
- [Doc. 13] Summons returned executed Sunflower County and The County Jail Sunflower County dated November 21, 2025

- [Doc. 14] Notice of Attorney Appearance by Daniel J. Griffith dated December 1, 2025
- [Doc. 15] Notice of Attorney Appearance by Mary McKay Griffith dated December 1, 2025
- [Doc. 16] Notice of Attorney Appearance by Jessica S. Malone dated December 1, 2025
- [Doc. 17] Answer by Sunflower County dated December 1, 2025
- [Doc. 18] Motion to Consolidate Cases dated December 1, 2025
- [Doc. 19] Motion to Dismiss by Sunflower County dated December 1, 2025
- [Doc. 20] Motion to Dismiss for Lack of Jurisdiction by The State of Mississippi dated December 1, 2025
- [Doc. 21] Memorandum in Support re: [Doc. 20] Motion to Dismiss dated December 1, 2025
- [Doc. 22] Order Staying Case pending ruling on motion to dismiss asserting jurisdictional defense dated December 4, 2025
- [Doc. 23] Mail Returned as Undeliverable dated December 16, 2025
- [Doc. 24] Order granting [Doc. 18] Motion to Consolidate Cases dated December 17, 2025
- [Doc. 25] Letter of Reconsideration Memorandum in Support dated January 6, 2026[2]

The motions which remain pending at this time, as it relates to the newly consolidated case, are as follows: [Doc. 19] Motion to Dismiss by Sunflower County on December 1, 2025; and [Doc. 20] Motion to Dismiss for Lack of Jurisdiction by The State of Mississippi on December 1, 2025.

**SO ORDERED,** this the 13th day of January, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

---

[2] The Clerk of Court is directed to docket this "letter" as a Motion for Reconsideration since it requests the Court to take action. *See* [Doc. 25]. The motion was only filed on January 6, 2026, so it is not yet ripe for consideration by the undersigned.

3